UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANCISCO CABRERA GARZA** **#10356-078** | **CIVIL ACTION NO. 25-1297 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **K GOLDEY** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 7), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DENIED**, and this civil action is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 8th day of January, 2026.

*Jerry Edwards, Jr.*

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**